43 A.3d 1287

**ESTATE OF Leo I. SANDERS, Deceased.**

**Petition Of: Joseph Jennings, Executor of the Estate of Leo I. Sanders, Deceased.**

**No. 8 EM 2012.**

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**